JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LEE NEWTON, | Case No. EDCV 23-2365-JPR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further administrative proceedings is GRANTED; (2) the Commissioner's request for an order affirming his final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: August 27, 2024

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE