UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| AARON NEWTON,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | No: 5:23-cv-02365-JPR<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND NINE HUNDRED DOLLARS ($6,900.), subject to the terms of the stipulation.

DATE:  09/26/2024          _____
                            HON. JEAN P. ROSENBLUTH
                            UNITED STATES MAGISTRATE JUDGE

-1-